The MICHIGAN STOVE COMPANY, Appellant, v. Fred L. WOODWORTH, Collector, etc., Appellee.

No. 8439.

Circuit Court of Appeals, Sixth Circuit.

Jan. 15, 1941.

Earle W. Wallick, of Washington, D. C., for appellant.

John C. Lehr, U. S. Atty., and J. Thomas Smith, both of Detroit, Mich., and William B. Waldo, of Washington, D. C., for appellee.

Before ALLEN, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record, briefs, and oral arguments of counsel. Upon consideration whereof, it is ordered and adjudged that the judgment appealed from be and it hereby is affirmed upon the grounds and for the reasons stated in the opinion, findings of fact and conclusions of law of the District Court.

■

Harry NASSON, Appellant, v. UNITED STATES of America, Appellee.

No. 8893.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1941.

Harry Nasson, in pro. per.

Vern H. Wilson, Asst. U. S. Atty., of Cincinnati, Ohio, for appellee.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

Upon motion of the United States attorney, and it appearing to the court that the appeal herein was not filed within the time prescribed by the rules of practice and procedure in criminal cases, it is now ordered that the appeal be and the same is hereby docketed and dismissed.

■

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. The CUDAHY PACKING COMPANY.

No. 508.

Circuit Court of Appeals, Eighth Circuit.

Jan. 8, 1941.

Robert B. Watts, Gen. Counsel, of Washington, D. C., National Labor Relations Board, for petitioner.

Thomas Creigh, of Chicago, Ill., E. S. Stringer, of St. Paul, Minn., and P. C. Reynolds, of Minneapolis, Minn., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and ordered to take certain affirmative action, on petition for enforcement and stipulation of parties.